**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**MALIMSHAH AKBARSHAH,**
**A# 221-388-293**                                                                **PETITIONER**

**VERSUS**                                          **CIVIL ACTION NO. 5:26-cv235-DCB-RPM**

**WARDEN R. VERGARA,**
**Adams County Correctional Center**                                **RESPONDENT**

## <u>ORDER</u>

This matter is before the Court on pro se Malimshah Akbarshah's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1].[1] Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004); *see Trump v. J.G.G.,* 604 U.S. 670, 672 (2025) (applying the district-of-confinement rule in an immigration detention habeas matter). "[T]he proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfield,* 542 U.S. at 435. Warden of Adams County Correctional Center is the proper Respondent. The

---

[1] Petitioner paid the filing fee on March 27, 2026.

Court directs Respondent to file an answer or other responsive pleading. Respondent's answer or other responsive pleading is due within twenty (20) days of the service of a copy of this Order. If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS THEREFORE ORDERED** that Warden R. Vergara, Adams County Correctional Center, is the proper Respondent, and any others listed on the docket as Respondents are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that the Clerk is directed to edit the short title to "Akbarshah v. Warden."

**IT IS FURTHER ORDERED** that Respondents shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondents shall file with their answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1][2] and Memorandum in Support [2] filed on March 27, 2026, and a copy of this Order upon the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430,

---

[2] The Petition [1] is missing Exhibit E referenced as "Detention Records." Attach. [1-1] at 1.

Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden, Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39210.

**SO ORDERED**, this 8th day of April, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE